## No. 5122.

### STATE OF LOUISIANA *v.* SAM JOHNSON.

The continuance of a cause comes within the sound legal discretion of the judge, and the facts upon which he proceeds in the exercise of that discretion do not come within the review of this court.

APPEAL from the Seventh Judicial District Court, parish of Pointe Coupee. *Hewes*, J. Criminal case. *Olivier Provosty*, District Attorney, for the State, appellee. *E. Phillips*, for defendant and appellant.

TALIAFERRO, J.   The defendant, convicted of the crime of murder, appeals from a judgment sentencing him to hard labor in the penitentiary for life, in conformity with the verdict of a jury.   The case is presented by two bills of exceptions.   Each of these was taken to the ruling of the court refusing the defendant's applications for a continuance of the case.   The continuance of a cause comes within the sound legal discretion of the judge, and the facts upon which he proceeds in the exercise of that discretion do not come under the review of this court.   It is therefore ordered that the judgment appealed from be affirmed.